January 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RSL FUNDING LLC AND RAPID SETTLEMENTS, LTD, Appellant

NO. 14-10-00902-CV                              V.

SETTLEMENT FUNDING, LLC D/B/A PEACHTREE SETTLEMENT FUNDING,
Appellee

_____

This cause, an appeal from the judgment in favor of appellee, SETTLEMENT FUNDING, LLC D/B/A PEACHTREE SETTLEMENT FUNDING, signed August 24, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, SETTLEMENT FUNDING, LLC D/B/A PEACHTREE SETTLEMENT FUNDING, , to pay all costs incurred in this appeal. We further order this decision certified below for observance.